pellants prefer, and, as so modified, affirmed, without costs. See, also, 150 N. Y. Supp. 1085; 151 N. Y. Supp. 1042.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 8325, issued to Charles J. Volckening. No opinion. Order affirmed, with $10 costs and disbursements.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) In the matter of the petition of William W. Farley, as Commissioner of Excise of the state of New York, for an order revoking and canceling liquor tax certificate No. 16126, issued to Peter Janhiewicz. No opinion. Appeal dismissed, without costs, upon stipulation filed.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 6510, issued to John Darmstadt.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

RICH, J., not sitting.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 16410, issued to Charles Marshall and transferred to Arthur Helmer. No opinion. Appeal dismissed, unless appellant file and serve printed papers within 20 days.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 23482, issued to Louisa Hill.

PER CURIAM. Final order reversed on law and facts, and application granted, without costs; the finding of fact of which the court disapproves being that the respondent did not make false answers in her application for the liquor tax certificate.

FARLEY, State Excise Com'r, Respondent, v. BUCHMULLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by William W. Farley, as State Commissioner of Excise, against Charles Buchmuller and another. No opinion. Judgment affirmed, with costs.

FARNUM v. HARRISON. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by William Farnum against William H. Harrison. No opinion. Application granted. Order signed. See, also, 88 Misc. Rep. 424, 145 N. Y. Supp. 36.

FAY, Respondent, v. BUFFALO VOLKEFREUND PRINTING CO., Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by James Fay against the Buffalo Volkefreund Printing Company. W. C. Carroll, of Buffalo, for appellant. B. Cowen, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FAY, Respondent, v. TRI-STATES PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by James Fay against the Tri-States Publishing Company. A. R. Latson, of New York City, for appellant. G. H. D. Foster, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FEDERMAN, Appellant, v. RIEGER, Respondent. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Philip Federman against Carl Rieger.

PER CURIAM. Judgment modified, by adding at the foot thereof a provision directing that there be credited and applied thereon all moneys paid on the judgment in Lo Re v. Federman, 151 N. Y. Supp. 1127, decided herewith, as stated in the conclusion of law at folios 290 and 291 of the record on appeal, and, as so modified, judgment affirmed, without costs.

FENSTERER v. PRESSURE LIGHTING CO. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Walter J. Fensterer against the Pressure Lighting Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 85 Misc. Rep. 621, 149 N. Y. Supp. 49.

FINNIE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Bridget E. Finnie, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

FISCHEL v. FRIEDLANDER. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Alexander Fischel against Mayer Friedlander. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

FISH, Appellant, v. ISELIN, Respondent. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by J. Albert Fish against Adrian Iselin, Jr. H. W. Hayward, of New York City, for appellant. J. W. Tobey, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.